**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. 2:15-cr-183-LDG-NJK |
| ) vs. ) | **ORDER MODIFYING BOND** |
| ) JOSEPH LYNCH, ) | |
| ) Defendant. ) | |
| _____ ) | |

    The Court conducted a hearing on October 15, 2015;

    IT IS ORDERED that defendant's appearance bond (docket entry #12) is modified to include the following additional condition: the defendant shall not obtain a passport or passport card;

    IT IS FURTHER ORDERED that all other conditions of the appearance bond (docket entry #12) previously imposed shall remain in full effect.

DATED this 19th day of October, 2015.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge