# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00183-LDG-NJK |
| Plaintiff, | ORDER |
| vs. | |
| JOSEPH LYNCH, | |
| Defendant. | |

## ORDER

After considering Government's motion to continue to sentencing, the motion is hereby Granted.

THEREFORE, IT IS HEREBY ORDERED that sentencing hearing scheduled Thursday, July 6, 2017 at 10:00 a.m. is hereby vacated and continued to Thursday, July 27, 2017 at 10:00 a.m. in courtroom 6B.

DATED this 7th day of July, 2017.

_____
The Honorable Lloyd D. George
UNITED STATES DISTRICT COURT JUDGE