FILED \_\_\_\_RECEIVED
ENTERED \_\_\_\_SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 8 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-183-JAD-(NJK) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| JOSEPH LYNCH, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant Joseph Lynch to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Joseph Lynch pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 32; Plea Agreement, ECF No. 34; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 14, 2017, through May 13, 2017, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

| | |
|---|---|
| 1 | This Court finds no petitions are pending with regard to the property named herein and |
| 2 | the time for presenting such petitions has expired. |
| 3 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all |
| 4 | right, title, and interest in the property hereinafter described is condemned, forfeited, and vested |
| 5 | in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. |
| 6 | Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, |
| 7 | United States Code, Section 853(n)(7) and shall be disposed of according to law: |
| 8 | A Fujitsu Laptop Computer, SN R8110779 (property). |
| 9 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited |
| 10 | funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well |
| 11 | as any income derived as a result of the United States of America's management of any property |
| 12 | forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of |
| 13 | according to law. |
| 14 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies |
| 15 | of this Order to all counsel of record. |
| 16 | DATED this 8th day of August, 2017. |

_____
UNITED STATES DISTRICT JUDGE